IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDY MORELAND, also known as RANDALL ELLSWORTH MORELAND,<br><br>Petitioner,<br><br>v.<br><br>United States of America,<br><br>Respondent. | Case Nos.   CV-07-208-E-BLW<br>                    CR-95-93-E-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Correct Sentence Pursuant to Federal Rule of Civil Procedure 60(b)(6) construed as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by RANDY MORELAND also known as RANDALL ELLSWORTH MORELAND is DENIED and Case No. CV-07-208-E-BLW is DISMISSED with prejudice.

DATED:  **August 27, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**